933 A.2d 648

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Randy James HOUCK, Respondent.**

Supreme Court of Pennsylvania.

Sept. 19, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of September, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue is set forth below and is rephrased for clarity:

654

(1) Whether the Superior Court erred in concluding that Defendant was entitled to re-sentencing based on the fact that, during the jury waiver colloquy, the trial court recited a maximum possible sentence that was less than the sentence actually imposed?